

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00068-CR

**JULIAN CRUZ,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. F48700

## O R D E R

Appellant's Second Motion to Extend Time to File Appellant's Brief was filed on

September 22, 2015. The motion is DENIED. Appellant is ORDERED to file his brief on

or before October 21, 2015.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed September 22, 2015

